## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**INTERNATIONAL GAMCO, INC.,**
**Plaintiff/Counterclaim**
**Defendant–Appellee,**

and

**John Adams, Counterclaim**
**Defendant–Appellee,**

and

**Oasis Technologies, Inc., Counterclaim**
**Defendant–Appellee,**

and

**Scott Henneman, Counterclaim**
**Defendant–Appellee,**

v.

**MULTIMEDIA GAMES, INC.,**
**Defendant/Counterclaimant–**
**Appellant.**

**No. 2007–1034.**

United States Court of Appeals,
Federal Circuit.

Jan. 17, 2007.

## ORDER

Order Vacated, See 2007 WL 419361.

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Clarence DOUGLAS, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE,**
**Respondent.**

**No. 2007–3029.**

United States Court of Appeals,
Federal Circuit.

Jan. 17, 2007.

Clarence Douglas, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Frances G. BROWN, Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

**No. 2007–3064.**

United States Court of Appeals, Federal Circuit.

Jan. 17, 2007.

Frances G. Brown, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Glenn BARBER, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Venterans Affairs, Respondent– Appellee.**

**No. 2007–7046.**

United States Court of Appeals, Federal Circuit.

Jan. 18, 2007.

Glenn Barber, pro se.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.